STEPHEN L. RUSH
520 Erwin Street
Calimesa, CA 92320
(909) 735-2308
benrushsigner@gmail.com

STEPHEN L. RUSH, IN PRO PER

Case: 1:25−cv−01574
Assigned To : Ali, Amir H.
Assign. Date : 5/16/2025
Description: Pro Se Gen. Civ. (F−DECK)

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**ON COMPLAINT TO NULLIFY TRUMP PRESIDENCY**

| | |
|---|---|
| STEPHEN L. RUSH )<br><br>The Party Aggrieved; )<br><br>v. )<br><br>DONALD J. TRUMP, a.k.a. DONALD TRUMP, in )<br>his official capacity as President of the United )<br>States; JD VANCE, a.k.a. JAMES DAVID VANCE, )<br>in his official capacity as Vice President and )<br>President of the Senate of the United States; MIKE )<br>JOHNSON, in his official capacity as Speaker of the )<br>House of Representatives of the United States; )<br>MARCO RUBIO, in his official capacity as )<br>Secretary of State of the United States; JOHN )<br>THUNE, in his official capacity as Senate Majority )<br>Leader of the United States; JOHN ROBERTS, in )<br>his official capacity as Chief Justice of the Supreme )<br>Court of the United States; CLARENCE THOMAS, )<br>in his official capacity as an Associate Justice of the )<br>Supreme Court of the United States; ALL HEADS )<br>OF STATE, UNITED STATES CIVIL )<br>SERVANTS, THEIR CURRENT SUCCESSORS )<br>and STAFF UNKNOWN, as JOE PUBLICS, )<br>JACKIE JOES, JOHN DOES and JANE ROES )<br>UNKNOWN, as the case may be, et al, inclusive, )<br>and ALL OTHER THIRD PARTIES UNKNOWN, )<br>save for JUDGES, JUSTICES, MAGISTRATES, )<br>THE COURTS and UNITED STATES CONGRESS )<br>in their official capacity to affirm, and adjudicate. )<br><br>Parties as in Contempt or Affected. ) | Case No.:<br><br>**NULLIFY TRUMP PRESIDENCY VIA 9TH, 10TH AMENDMENTS AND DECLARATION OF INDEPENDENCE, IN LIEU OF 14TH, 25TH AMENDMENTS AND ARTICLE II IMPEACHMENT IN HISTORIC PRACTICE, ON CONSTITUTIONAL LEVY FOR DESTRUCTIVE ACTS AS EXTENSION OF CIVIL RIGHTS IN 42 USC §§ 1983, 1985, 1986, 1988**<br><br>**DATE:**<br>**TIME:**<br>**DEPT:**<br><br>Judge:<br>Dept:<br>Action Filed:<br>Trial Date:<br><br>April 28, 2025<br><br>From:<br>Stephen L. Rush<br>For And On Behalf Of:<br>The People, Constitutional Guardians<br>Will of the People Constitutional Auth. |

**RECEIVED**

MAY 16 2025

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

1

2

**TABLE OF CONTENTS**
**ON COMPLAINT TO NULLIFY TRUMP PRESIDENCY**

3

| | | Page |
|---|---|---|
| I. | SUMMARY ................................................................ | i |
| II. | COMPLAINT TO NULLIFY ................................... | 1 |
| III. | APPLICATION AND PURVIEW ............................ | 7 |
| IV. | DEFINITIONS ...................................................... | 7 |
| V. | AGGRIEVED ......................................................... | 8 |
| VI. | CONTEMNORS ..................................................... | 8 |
| VII. | BACKGROUND | |
| | Precedents ................................................... | 9 |
| | Investigation ............................................... | 10 |
| VIII. | ASSERTIONS OF FACT | |
| | Political Question ........................................ | 12 |
| | Cause and Concern ...................................... | 14 |
| | Violations .................................................... | 15 |
| | Interference ................................................. | 15 |
| | Excessive Force .......................................... | 15 |
| | Other Questionable Acts .............................. | 16 |
| | Grievances ................................................... | 16 |
| | Nullification ................................................ | 18 |
| | Inferior law ................................................. | 21 |
| IX. | REQUEST FOR ACTION ..................................... | 25 |
| X. | MOTION TO EXPEDITE ...................................... | 30 |
| XI. | MOTION TO ATTACH AS EXHIBIT ................... | 33 |
| XII. | EXHIBIT A - PROPOSED CAUSES OF ACTION | |
| | Criminal Law ............................................... | 35 |
| | Higher Law .................................................. | 38 |
| XIII. | DECLARATION .................................................. | 40 |
| | APPENDIX – PARTIES IN SUPPORT ................... | 41 |
| | ADDENDUM – LIST OF CONTEMNORS, SUMMONS .............................. | 42 |

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## SUMMARY TO NULLIFY TRUMP PRESIDENCY

This is a case of first impression of cause and complaint to petition for the removal of a President by annulment as in higher law included via the Ninth Amendment, as follows: through criminal and unscrupulous means, Donald Trump has used the office of President to evade prosecution and continues pervasive use of constitutionally grievous laws and protested acts by severe overreaches and abuses of power by him and his administration under color of legal authority. Donald Trump used the privilege of office to incite insurrection on January 6, 2021. Grievances mounting at the repeated peril to the people's civil liberty, jeopardizing democracy and life, have made continued legal pursuit nearly impossible to proceed. The Aggrieved follows the prescription of law and consent authority citing the inevitability of alarming and unconscionable events, thereby calling a demand for induction and ascendance of the Aggrieved to the Presidency, as winner of the people's federal recall by several rights groups, in accordance with federal law for removal of an official and eviction, being under subjection to consent powers when any government acts for destructive aims per Ninth Amendment reserved law as in debtor's levy to the U.S. Constitution.

# COMPLAINT TO NULLIFY TRUMP PRESIDENCY

On Complaint To Nullify Trump Presidency, it is sought of the court most expeditiously under 42 U.S.C. §§ 1983, 1985, 1988 civil rights claim and higher law for a) annulment and expulsion of DONALD J. TRUMP, a.k.a. DONALD TRUMP (hereinafter defined as Donald Trump) from any and every seat, seal, office, and residence of the President; b) induct and install Stephen L. Rush as President, as in constitutional (or, debtor's) levy when government becomes destructive as per Declaration of Independence remedy; and, c) order Congress to condemn and expel all instigators, collaborators, harborers, and engage in expunging all illegal acts and egregious law, as follows:

1. This is a case of first impression of cause and complaint for the removal of a federal official by previously unused precedent in highest law. This case involves unresolved civil rights claim by the Aggrieved seeking redress and judicial application, having protested, petitioned, and advocated against the repeated violation and ongoing threat to constitutional rights by despotic authority and destructive government. This case challenges the Contemnor Donald Trump, for usurping or retaining the U.S. Constitution and the office, seat, seal and residence of President through criminal and unscrupulous means and using the office to evade prosecution, as well as the pervasive use of constitutionally questionable laws and protested acts for severe overreaches and abuses of power by he and his administration under color of legal authority. These grievances left unresolved for the repeated peril of the Aggrieved's civil liberty to mitigate and be vindicated for the same, is considered deprivation of rights under 42 U.S.C. §§ 1983, 1985, 1988.

2. The Aggrieved presents this pleading and complaint in all good faith for proper and highest purpose, to the degree can be ascertained, known and understood given the circumstance of constitutional crisis where no remedy is found of the acts of Congress, Cabinet and Courts for Article II, 14th and 25th Amendments relief following the numerous inquiries and petitions of the Aggrieved and civil rights groups for absolute terrifying cause and concern. Thus, the Aggrieved

– 1 –

1  wholeheartedly believes he is acting in his public duty for the protection and defense of the U.S.

2  Constitution against enemies of the United States, especially domestic, for remedy in higher law

3  and rightly supposed of the founding fathers.

4      3. This case identifies that Donald Trump, who previously swore an oath to support the U.S.

5  Constitution and then engaged in support of an insurrection and rebellion against the U.S. Capitol

6
7  while a vote was taking place for his replacement and removal, who also aided active and known

8  enemies of the U.S., is legally prohibited from holding office and is unlawfully detaining the seat,

9  seal, office, and residence of the President per 14th Amendment § 3, in which, those in line of

10  succession also pose the same or worse peril to the people of the United States and Constitution.

11      4. Donald Trump's first term ascension to the presidency involved conspiring with a foreign

12
13  government against the nature and high laws of the United States. This included negotiating Quid

14  Pro Quos with the highest levels of the Russian government for de facto control of the highest

15  levels of the federal government by Russia, secretly transmitting illegal donations from the Russian

16  government to the Trump Campaign via the NRA, operating decentralized communications with

17  Russia's Cyber-Espionage Forces, thereby aiding and abetting the crime of fraud with computers,

18  illegal spying, and theft of legally protected data, and the propagation of fraudulent claims

19  disguised as investigative journalism in order to misinform the voting population.[1]

20
21      5. Available evidence and testimony shows the Administration under Donald Trump conducted

22  a covert and widespread assault on American liberty and an insurrection against constitutional

23  government itself.  Donald Trump's staff wrote the New York Times corroborating the same.[2]

24      1. Mueller Report, Public Domain.  Robert Mueller Live Testimony.  *C-span*, July 24,

25  2019. www.c-span.org/video/?462628-1/robert-mueller-congressional-testimony.

26      2. Anonymous. Op-ed, "The Steady State". *New York Times*, September 5, 2018.

27  https://nytimes.com/2018/09/05/opinion/trump-white-house-anonymous-resistance.html.

28

COMPLAINT TO NULLIFY TRUMP PRESIDENCY

Donald Trump and the administration made every attempt to cover up, conceal, and obstruct information regarding these matters. Throughout and to date, Donald Trump made false or misleading public statements for the purpose of deceiving the people of the United States. Donald Trump repeatedly made untruthful statements about American intelligence agencies, lawmakers, and civil rights groups conclusions regarding Russia's role, the 2016 election, the January 6th insurrection, ongoing lawsuits, presidential immunity, Project 2025, immigration, and ICE detainees.[3]

6. Prior and during his presidency, Donald Trump injected the public to extreme prejudice and paranoia with hate rhetoric advocating violence.[4] Donald Trump subjected the public to severe police presence in schools.[3,5] Donald Trump exercised deplorable conditions for peoples fleeing economic and political oppression seeking asylum.[6] Donald Trump has criminal convictions falsifying records, is believed to have interfered with elections, committed impeachable offenses

3. Selected Interviews. Joyce White Vance, former U.S. Attorney, House Judiciary Hearing testimony, June 10, 2019; Steve Vladeck, Professor, Georgetown Law, July 24, 2019; Eliza Orlins, NY Public Defender, vlog. Contrarian News. https://contrarian.substack.com, IG: contrariannews.

4. Keneally, Meghan. "A look back at Trump comments perceived by some as encouraging violence". *ABC News*, Oct 19, 2018. https://abcnews.go.com/Politics/back-trump-comments-perceived-encouraging-violence/story?id=48415766.

5. Keierleber, Mark. "Trump order could give immigration agents a foothold in US schools." *The Guardian*, August 22, 2017. www.theguardian.com/us-news/2017/aug/22/trump-immigration-us-schools-education-undocumented-migrants.

6. Holmes, Jack. "An Expert on Concentration Camps Says That's Exactly What the U.S. Is Running at the Border." *NPR*, June 13, 2019. www.npr.org/2019/07/16/742236610/condemnation-of-president-delayed-by-debate-can-lawmakers-call-trump-tweets-raci.

for abuse of power and obstruction of justice, engaged in numerous financial fraud schemes and tax evasion, and was involved in highly publicized sexual misconduct and improper behavior.[1]  Donald Trump made every effort to intimidate and tamper with witnesses, testimony, and evidence and sway the media regarding investigations by the courts, FBI and Congress into these matters.[3] Donald Trump has partially or entirely dismantled or defunded Departments and Agencies, such as CDC, Education, EPA, FEMA, NOAA, US Aid and various others, wreaking havoc on grants that preserve life and democracy.[7]  Donald Trump has refused to comply with the courts, scolded and now arrested judges who don't give a favorable ruling.  Journalists and prominent citizens have died who oppose him, such as Jamal Khashoggi, a noted reporter, and Jessica Aber, US District Attorney.[3]  A judge, Hannah Dugan, and various teachers have been harassed and arrested for attempting to protect citizens and asylum seekers from being taken by ICE, which has entered homes and made arrests indiscriminately without warrant, due process, or recognized rights.[3]  The Supreme Court ruled 9-0 that the Trump administration must facilitate the return of Kilmar Abrego Garcia to which Donald Trump chose to ignore and is in contempt of the court.[8]  U.S. citizen children with cancer were abducted and "deported" after Donald Trump purportedly invoked the Alien Enemies Act.[3]  These, and other acts, on the part of Donald Trump and his government are extreme and for no less than police state conditions and fascist tendencies, as protested by generals, lawmakers, and judges, in addition to rights groups and the general populace for the rollback of higher law, constitutionally questionable laws and severe overreach of authority, to which Congress,

7. Pager, Tyler, "Trump Orders Gutting of 7 Agencies". *New York Times*, Mar. 15, 2025. www.nytimes.com/2025/03/15/us/politics/trump-order-voice-of-america.html

8. Ahmadi, Ali Abbas, "Supreme Court rules Trump officials must 'facilitate' release of man deported to El Salvador". *BBC News*, April 11, 2025. www.bbc.com/news/articles/c62gnzzeg34o

– 4 –

the Cabinet, and Courts have greatly failed its citizenry to stop.[9]

7. Chief Justice JOHN ROBERTS (hereinafter John Roberts), Speaker MIKE JOHNSON (hereinafter Mike Johnson), Vice President JD VANCE, a.k.a. JAMES DAVID VANCE (hereinafter defined as JD Vance), Secretary of State MARCO RUBIO (hereinafter Marco Rubio), Senate Majority Leader JOHN THUNE (hereinafter John Thune), Associate Justice of the Supreme Court CLARENCE THOMAS (hereinafter Clarence Thomas), ALL HEADS OF STATE (hereinafter Heads of State), UNITED STATES CIVIL SERVANTS (hereinafter Civil Servants), THEIR CURRENT SUCCESSORS and STAFF UNKNOWN (hereinafter Successors or Staff), and ALL OTHER THIRD PARTIES UNKNOWN (hereinafter third party or parties), as they are known, are those that failed to mitigate these acts despite repeated attempts to notify, compel and assert its most serious nature. Complaints, public notices, and requests by the people, sent to every possible agency, U.S. Congress, the White House and Trump Administration were met with contempt, misdirection, or silence. An attempt for removal by the 14th Amendment was deemed improper by the Supreme Court for having been state-led.[3] No serious charges have been brought outside similar repeatedly court cases and petitions that altogether halts the long train of abuse.

8. Donald Trump's government's usurpation of civil liberties by constitutionally questionable laws were protested, grievances petitioned, and every action of the people, lawmakers and the courts obstructed or ignored. Without accountability or being subject to law, it allows Donald

---

9. Editorial Staff. "'Cheat sheet' recording Donald Trump's entire conviction record surfaces on Reddit." *Economic Times*, Mar 26, 2025. https://economictimes.indiatimes.com/magazines/panache/cheat-sheet-recording-donald-trumps-entire-conviction-record-surfaces-on-reddit-netizens-react/articleshow/119546163.cms?from=mdr; Staff Writer. "President Trump's staggering record of uncharged crimes." *Citizens for Responsibility and Ethics in Washington*; and, Engel, Rand. "119 Examples Of Donald Trump's Corruption", *Medium*. Searched: April 28, 2025.

Trump's government to set dangerous and chilling precedent, placing the Aggrieved and others who would otherwise challenge the United States, without means of recourse or resolve to curb rights from being stripped from the Constitution.[3] Donald Trump attempted as by insurrection may have illegally seized the office of President of the United States via collusion with Russia to sway voters, and, threatens to retain the office by the same means beyond the statutory limit on his term.[1] Donald Trump's acts of despotism and destructive government are not authorized by Article II of the Constitution and violates the First, Fifth, and Fourteenth Amendments, as well as some of the very reasons cited by the Declaration of Independence and is an afront to the founding fathers, democracy, life and liberty.[10]

9. This complaint is being brought out of clear and present threat to the United States, humanity, and the globe, and there remains constitutional crisis for grievances unmet and spurned, for democracy itself at the hands of despotism is in peril, the current President and his would-be successors and agents are abusing those powers, and there is no clear path for impeachment or similar construct for removal in practice. These precise conditions preclude remedy outside of higher law and would result in crisis unrestrained.[3]

10. The Aggrieved brings this case to obtain nullification of Donald Trump's contested presidency for his removal from office, expulsion from the Whitehouse and all federal property, and replacement by the people-led recall recipient Stephen L. Rush, the Aggrieved, as in debtor's levy to the U.S. Constitution. Constitutional Levy, as it is used in such context, is declaratory – a largely symbolic attempt to describe in a single construct the complexity of a remedy envisioned

---

10. Constitutional Guardians, "Amended Complaint To Nullify Trump Presidency". *before United States Congress*, June 27, 2021. https://willofthepeople.agency/_files/ugd/90b135_123aa8c39fd040a4a186fda0390636c9.pdf; Hall of Records, Exhibits. *Will of the People Authority*. www.willofthepeople.agency/copy-of-hall-of-records.

by the founding fathers in which the going concern of the United States is under jeopardy, sieged by a despotic administration for destructive aims and all three branches to some degree, are complicit, having participated largely or loosely in the removal of constitutional protections. Whereby remedy exists, as does so for debtor's levy used in business, as in, in principle, confiscate and hold in escrow the full faith and credit of the United States and to place an emergency powers Trustee to the U.S. Constitution in the office as President until democracy is "solvent" by the tally of acts, orders and laws to be considered for inclusion, correction, or exclusion, *restitutio in integrum* to "turn back the clock" on the contested election and "return all things back to the Constitution" while "rolling up" in preserving the things that can be preserved under the Stephen L. Rush administration being declared rightful by people-led federal recall, as is referenced herein. The Aggrieved has the duty to present to Congress changes in laws that grieve the Constitution, including, or up to, reverse ratification of amendments by civil rights groups in his care for mandated relief. Joseph Biden was an unwitting third party to the election by recall and his administration is included in the "roll-up".

## APPLICATION AND PURVIEW

11. This case arises under the Constitution and laws of the United States and presents a complaint within the court's jurisdiction for the Ninth Amendment. Federal court jurisdiction is applicable under 28 U.S.C. § 1331 for civil action arising for matters under the Constitution.

12. Purview is proper under a Ninth Amendment grievance of the Constitution and federal statute concern.

## DEFINITIONS

13. "Paragraph" and its abbreviation, "Par." and their plurals might be redefined herein as "¶".

14. "Article" and its abbreviation, "Art.", "Amendment" and its abbreviation, "Amd." and their plurals might be interchangeably redefined as "À", or its nearest equivalent, where "À" preceding a numerical reference is an Article and following after one is an Amendment.

– 7 –

15. U.S. Debtor's Levy, Constitutional Levy, Recall Levy and Nullification, and any variant thereof, are all interchangeable terms, as further defined herein.

## AGGRIEVED

16. The Aggrieved, Stephen L. Rush, petitioned Congress as a former delegate of the 2012 Continental Congress and winner of the recall that followed its push for enforcement of its 13 Section petition seeking redress of severe government overreach laws.  Stephen L. Rush was an executive of both Will of the People Constitutional Authority and Constitutional Guardians at the time of petitioning Congress for nullification previously during Donald Trump's first term.

17. Will of the People Constitutional Authority ("Will of the People") is a non-partisan organization that educates the public about civil-liberty issues and exercises defense of civil liberties in its advocacy and legal process to preserve constitutionally guaranteed rights of people that brings acknowledgment and correction to grievances that threaten democracy.  It is registered with the Internal Revenue Service in accordance with 2012 Continental Congress, comprised of and representing 99% protesters and Occupy like rights groups numbering in the tens of millions.

18. The Constitutional Guardians ("Guardians") is an assembly of concerned and conscientious persons that engage in social discussion about constitutional principles at issue.  The Guardians has more than 300 members, including volunteer executive members existing in every state.  The Guardians meets online through social media.

## CONTEMNORS

19. Contemnor Donald Trump holds the office of President.  The office of President has executive authority for enacting laws and implementing all operations and functions of the Executive Branch, responsible for conducting acts and enacting laws challenged by the people for cause and concern and by the Aggrieved for the office contested for the same.

20. Contemnor JD Vance holds the office of Vice President and serves as President of the

– 8 –

Senate.  JD Vance is responsible for overseeing the Senate and would ordinarily succeed the

President under line of succession.  JD Vance is named in this case as being participant and party

to the illegal acts by one Donald Trump and not eligible for line of succession as pertains to it, but

Congress may appoint a non-contemnor to be in succession to the office as co-president, in the

event Stephen L. Rush might be impeached after serving as Trustee, defined herein.

21. Contemnor Mike Johnson serves as Speaker of the House of Representatives.  Mike Johnson

is not eligible for line of succession being party to the illegal acts by one Donald Trump.

22. Contemnor Marco Rubio holds office of Secretary of State.  Marco Rubio is primarily

responsible for overseeing matters of foreign relations, and is not eligible for line of succession.

23. Contemnor John Thune serves as Senate Majority Leader.  John Thune is not eligible for

line of succession.

24. Contemnor John Roberts is the Chief Justice of the Supreme Court of the United States at

the time these events occurred and is considered as not having acted when associate Justice

Clarence Thomas acted improper.

25. Contemnor Clarence Thomas is an Associate Justice of the Supreme Court of the United

States and considered having a conflict of interest under questionable circumstance.

26. All Heads of State, United States Civil Servants, their Current Successors and Staff

Unknown, as Joe Publics, Jackie Joes, John Does and Jane Roes Unknown, as the case may be, et

al, inclusive, and All Other Third Parties Unknown represents those having government role or

participation who may have conflict of interest or acted for illegal or unconscionable acts, and

stand for the same.

### BACKGROUND

Precedents

27. On or about July 2 - 4, 2012.  99% Declaration group hosted the Continental Congress 2.0

– 9 –

delegates, from across the political spectrum and federal districts, 836 of whom proposed and/or voted on provisions that became its 13 Section petition to bring correction to the plethora of laws for broad government overreach following September 11 attacks on this nation. It received little attention but for mild recognition in then President Obama's State of the Union address the following year, and little action was taken. The people's congress then charged certain delegates with various steps forward. Out of it came the recall to enforce the people's petition as a possible legal course.

28. On September 20, 2013. Constitutionally Ordered Federal Recall Election PAC set January 14 vote using George Washington's recall method as means of enforcement, contending that if a ship's bow breaks all hands would be lost but for those who act to hold it together.

29. Throughout October 17, 2013 – February 23, 2014. A people-led federal recall was filed with the various states and held. Stephen L. Rush was determined the winner to replace then President Obama. It was believed at the time that these protested laws for severe government overstep would in fact be used by someone after President Obama and that there would not be sufficient time to lay out a case before irreversible harm. Individuals from civil rights group and concerned citizens participated in multiple states and submitted their votes to the Registrar and Secretary of State. However, the recall was limited to a few states, obstructed, and given no standing in most.

30. From September 9, 2014 forward. Will of the People Constitution Authority alerted federal officials of the outstanding grievances unmet and the constitutional crisis looming.

31. Throughout Aug. 12, 2016 forward. The People filed a Lien on the full faith and credit of U.S. based on Thomas Jefferson's process both as establishing foundation and a trial balloon.

32. On or about August 5, 2019 and June 27, 2021. Nullification was petitioned of Congress and amended. Although without an opinion establishing these methods and precedent in a court, it

– 10 –

did prompt an FBI investigation, both impeachments of Donald Trump and hearings on the January 6th insurrection, and helped temper the assault on civil liberties by paving the way for lawsuits.

Investigation

33. 2016.  Donald Trump's first term and events surrounding its preceding election and collusion are discussed in petitions for Nullification presented to Congress.[10]

34. Ending on or about March 24, 2019, Robert Mueller conducted an investigation into whether Donald Trump, his family and campaign colluded with Russians to influence the 2016 election.  Robert Mueller admitted that he was not permitted to reveal Russian collusion in his report because he was specifically ordered not to.  Robert Mueller finally concluded that there was enough evidence to convict.[1]

35. Throughout 2020 - 2024.  Donald Trump's attempted coup d'état and events surrounding its following election and term are discussed in the Department of Justice investigation.

36. Until on or about January 14, 2025.  Jack Smith investigated Donald Trump for participation in the January 6th Insurrection.  In Jack Smith's updated statement to the public, there's enough evidence to convict Donald Trump on multiple felonies for his alleged efforts to unlawfully overturn the results of the 2020 election, including having invited and paid for travel of rebels to attend the January 6th Insurrection against the U.S. Capitol and attempt to stop the vote for Joseph Biden from being certified.[3]

37. 2024 - Present.  Donald Trump's attempts to evade prosecution, reelection, and aftermath are evidenced and presented at brevity herein with references for the plethora of acts that contravene the U.S. Constitution and governing law.[5]

38. April 28, 2025.  Donald Trump orders heightened domestic militarized presence, calling for provisions of Marshall Law in 90 days.

39. May 10, 2025.  Mayor Ras Baraka was arrested while protesting Delaney detention center.

**ASSERTIONS OF FACT**

This Complaint and Petition to Annul Trump's Presidency via Ninth and Tenth À and

Declaration of Independence, in lieu of À II impeachment and 14th, 25th À in historic practice and

eviction of a sitting President, as Adversary Proceeding for Constitutional Levy on the U.S. as

described in ¶1 – 8, asserts the following:

Political Question

40. The Aggrieved acknowledges the remedy sought is unusual and there exists questionable

gaps in law, and therein, its presentation. The Aggrieved requests relief that may seem political in

nature. The Aggrieved is, and represents himself to be, the rightful President by preceding and

superseding recall election.[10] However, that election was severely flawed, overcome by error and

likely genuine obstruction by the states – to which no measure of correction would cure, and was

only participated by those members of civil rights groups who had knowledge of it (42 U.S.C.

§ 1985). Despite the perceived difficulty, the Aggrieved is the rightful victor per 42 U.S.C. § 1988

and higher law, inclusive of rights retained by the people, via the Ninth Amendment.

41. The Aggrieved is unable to find council that does not find this course or some risk, despite

being people-led for deprivation of rights and vindication under 42 U.S.C. §§ 1983, 1988. The

difficulty admittedly is, do so few participating rights groups (less than 5 principle organizations),

though non-partisan in nature and having combined membership no more than 1,200 individuals

throughout the many federal districts, make a lawful representation of the general population in an

unproven recall and poorly executed election, which may have been the blunt of interference by the

states that refused to permit it (42 U.S.C. § 1985). Admittedly, the court may only be able to say a

people-led event for recall purportedly took place per documentation made available at

www.willofthepeople.agency, but what took place may not ever be known since records are now

unlocatable. However, it is in this the Aggrieved is compliant with federal law for removal of a

– 12 –

federal official – by a method espoused of the founding fathers so established in higher law and saturated in America's cause. This complaint purports that there is a personal component, as in such contest to an election and this complaint exists for a civil wrong, is not for political rant, and exists for the nation's future security to avert bloodshed when under absolute threat by despotic government for destructive aims, as in 42 U.S.C. § 1986 and Declaration of Independence. Thereby, this complaint and cause is at minimum the embodiment of justiciable duty of the court to ensure the going concern of the nation by legal means, regardless of less than perfect facts.

42. Though the Aggrieved has no better example to cite, remedy of law exists when jurisdiction itself is undefined. In the case of live birth at sea or in flight, where jurisdiction may not be ascertained, the registered country of the vessel or its location at the time may decide the jurisdiction of the child's citizenship per 1961 Convention on Statelessness. Thus, it may be inferred that jurisdiction cannot itself be an obstruction to one's rights afforded by nature or law. As such, remedy does exist as presented by the founding fathers, and the Aggrieved is compliant with federal law over the contest to the election of Donald Trump to the degree can be ascertained and mitigated for, whereby cause and concern for peril to democracy, life, and liberty by destructive government is imminent without such jurisdiction and course.

43. The Aggrieved has been subjected to deprivation of rights and privileges, and injured by the assault on liberty by interference with civil rights for the pursuit of holding those liable accountable, and this suit is brought to seek redress for those actions and in vindication, as in 42 U.S.C. §§ 1983, 1985, 1988. The Aggrieved has suffered detriment, damages, injury and harm at great cost to the loss of marriage, family, home, material wealth and all that is necessary for living in pursuit of protection and defense of the U.S. Constitution and democracy. To which, the Aggrieved has also suffered at the peril of assassins and requested the assistance of the Secret Service while simultaneously homeless in the Carolinas, Virginia, and the East Coast.

44.  Contrary to well-settled decisions, injunctive and declaratory relief are available under Article IV § 4, pursuant to powers of judicial and agency review or if declaratory relief was not made available, and injunctive relief is lawful under similar conditions, as in 42 U.S.C. §§ 1983, 1985, 1988.  Relief in the form of ordering Congress and others to assume a vital function of law, and similar remedy, is consistent with federal law.

Cause and Concern

45. Preponderance of evidence for valid and real cause and concern exists in many instances well beyond all reasonable doubt for purposes contained herein.  A comprehensive list of questionable and illegal acts committed by Donald Trump might not be available due to the sheer volume of the allegations, ongoing investigations, and new acts being committed nearly daily.  Through criminal and unscrupulous means, Donald Trump has used the office of President to evade prosecution and continues pervasive use of constitutionally grievous laws and protested acts by severe overreaches and abuses of power by him and his administration under color of legal authority.  Donald Trump used the privilege of office to incite insurrection on January 6, 2021.  Grievances persist at the repeated peril to the people's civil liberty, jeopardizing democracy and life, to which Congress, the Cabinet and Courts have yet to decidedly answer with his removal from office for cause and concern, as in 42 U.S.C. §§ 1986, 1988.[3,9]  The following partial list exists to such effect as to certify the absolute despicable and destructive nature of Donald Trump's government, to which a court may find criminal and utterly reprehensible, to which the Aggrieved asserts is the prima facia abuses of power that define destructive government and specifically authorizes the Aggrieved's election under Ninth Amendment reserved consent powers, per Declaration of Independence (Par. 2), as such criminal activity is condemned per federal and higher law as is referenced in great detail via Exhibit A – Proposed Causes of Action, for the following, especially:

– 14 –

Violations

46. Campaign Finance Violations: Trump faced allegations of violating campaign finance laws, particularly regarding hush money payments to Stormy Daniels.[9,10] Obstruction of Justice: Trump was accused of obstructing the Special Counsel investigation into Russian interference in the 2016 election.[9,10] Destruction of Presidential Records: Trump allegedly tore up presidential records, which is considered destruction of government property.[9,10] False Public Financial Disclosure Reports: Trump failed to disclose gifts and assets on his public financial disclosure reports.[9,10] Election Fraud: Trump faced allegations of election fraud in Fulton County, Georgia, and wire fraud related to soliciting PAC contributions.[9,10] Unlawful Possession of Government Records: Trump was accused of unlawfully possessing government records at Mar-a-Lago.[9] Inciting an Insurrection: Trump was accused of inciting an insurrection on January 6, 2021, for urging supporters to march to the Capitol.[11]

Interference

47. New York Indictment: Trump was indicted on 34 felony charges related to falsifying business records.[3,9] Federal Charges: Trump faced charges related to handling and refusal to return classified documents.[3,9] Georgia Election Interference: Trump was investigated for attempting to overturn the 2020 election results in Georgia.[9]

Excessive Force

48. Caravan: CIA operatives were used to round up Guatemalans and other nationalities and forced them out of their homes at gunpoint and created a caravan that, when they arrived to the U.S. border, were placed in detention camps where families were separated, forced to drink toilet water, their women given hysterectomies and their children forced to work or sold on the black

11. Vile, John R. "Jack Smith's Final Report on Trump Investigations (2025)." *The Free Speech Center*, January 16, 2025.

– 15 –

market as slaves.[3,9]  Immigration Raids: Immigration and Customs Enforcement (ICE) conducted door-to-door raids without warrant, due process or granting rights, and abducted citizens and those seeking legal residence, and forced children to represent themselves in court.[3,9]

Other Questionable Acts

49. TikTok Ban: Trump attempted to ban TikTok, citing national security concerns.[3,9]  Muslim Travel Ban: Trump implemented a travel ban targeting predominantly Muslim countries.[3,9] Environmental Rollbacks: Trump rolled back environmental policies, including withdrawing from the Paris Climate Accords.[3,9]  Business Dealings: Trump faced criticism for for potential conflicts of interest due to his business dealings.[3,9]  Tariffs: Though technically not insider trading by making the trade restrictions public, Donald Trump and billionaires profited greatly.[3,9]  DOGE: The creation of a Department of Government Efficiency (DOGE) was never approved or permitted oversight by Congress and has been a tool for firing and eliminating positions and agencies that oppose Donald Trump.[3,9]  Defunding or Dismantling Agencies: Donald Trump defunded and dismantled key agencies and specific projects, such as CDC, EPA, Department of Education, FEMA, US Aid, etc.[3,7]

Grievances

50. It could be argued that having protested in the millions, held congresses, petitioned, notified, requested, challenged, and submitted with neither correction brought nor relief made for grievances mitigated so, then the right and remedy to hold accountable even voting out of office supersedes any burden, as it is an extension of the people's First Amendment duty to protect the Constitution.[10] The Aggrieved brings this case to remove those in power refusing to be subject to higher law to enforce the absolute authority of the Constitution by the Ninth and Tenth Amendments, as in Ex Parte Young (1908), as remedy suggested by the founding fathers for unresolved grievance is known, otherwise, creates a jeopardy to democracy.  The Aggrieved, seeks the modification of

– 16 –

election law by constitutional application of the Declaration of Independence and founding father suppositions, via the Ninth Amendment, where existing law and application are deficient in their provisions necessary to furnish suitable remedies, as in 42 U.S.C. § 1988.  The Aggrieved asserts its remedy not inconsistent with the Constitution and federal laws, but in support of their spirit and intent where gaps in law are insufficient to mitigate or cure the present crisis in which the going concern and existence of the nation is in peril, as per 42 U.S.C. § 1988.

51. In protection and defense of the Constitution for the protection of rights esteemed by the 2012 Continental Congress, and in standing as elected by recall, the Aggrieved has specific interest in contesting the Presidential election of 2016, and is damaged by both the assault on social media and means to disparage attempts to make this known and hold accountable Donald Trump's actions, of which, there is "reasonable likelihood" of "certain impending" threat to life and liberty. The Aggrieved, having suffered unceasing perilous ordeal to date in every way, acts in defense of the people, democracy, and their Constitution, cannot be compelled to waive rights herein by coercion or improper inducement (U.S. v. Riley, 72 M.J. 115).

52. There is no question of constitutionality of the Aggrieved's civil liberty and federal application.  Such despotism and destructive government by Donald Trump is not authorized by Article II and violates the First, Fifth, and Fourteenth Amendments to the Constitution, and higher law inclusive of the Declaration of Independence, already in every egregious manner and unthinkable in scope, and it is a solemn public duty to, and accorded by, the U.S. Constitution to stop this, to which, the Aggrieved answers.

53. The Aggrieved, whose customary employment is in accounting, was injured by the displacement associated with isolation at the hands of law enforcement in exchange for holding federal government accountable, while simultaneously had engaged the involvement of law enforcement for protection from real threat of assassins. "At an irreducible minimum," the

Aggrieved suffered actual and threatened injury; those injuries can be fairly traced to the challenged action of primarily, but not exclusively, the Contemnor Donald Trump, and, the injury is likely to be redressed by a favorable decision.  The Aggrieved has suffered concrete "injury in fact" both economic and political impairment for holding vital interest to be protected by such constitutional provisions herein to hold accountable the Contemnor Donald Trump and has been inexhaustibly harmed by the abuses of power.[10]  The Aggrieved cannot even pursue a course of seeking redress through established process, "but for" Donald Trump's actions seen and felt.

Nullification

54. The Aggrieved asserts removal by nullification, as in the right to apply annulment to unseat and recall a sitting President, exists as an extension and enumeration of the right to vote in an opinion article penned by Robert Reich, former Labor Secretary.[10]  The United States was not yet formed when the American Colonists first set the precedent in dethroning a king by passive course. However, bloodless removal of the service of a despot king did not exist and a war was fought over it.  The Declaration of Independence was set forth with the rights to restore liberty should similar peril and conundrum come to be, to which the Aggrieved is related to a founder.  The same precedent and method written down by the founding fathers, as it is understood, is used herein.

55. The Declaration of Independence, Par. 2 sets forth the right of the people for consent powers to alter destructive government.  A destructive government, as it is understood per the Declaration of Independence and in historical use, refers to a government that fails to protect the rights and well-being of its citizens and becomes tyrannical and/or harmful.  This often involves actions like suppressing dissent, misusing the law, failing to address vital problems, or engaging in actions that harm the people; failing to protect fundamental rights like freedom of speech, religion, and assembly; using excessive force, suppressing dissent, and violating the rights of its citizens; using power corruptly or for personal gain rather than the public good; failing to provide adequate

solutions to critical economic, social, or environmental issues; acting directly to injure the people, their property, or the environment (Atlantic Council, July 3, 2013).

56. If a government were to act in a manner destructive, as Donald Trump has so done, then the people have the right and authority to provide for their future security. That right and authority asserted and retained by the people, via the Ninth Amendment and authorized of the Tenth Amendment, is statutory, permissible, and prescribed for remedy in these circumstances. Ninth Amendment Enumerations clause includes that authority of the people by higher laws, evident in the Declaration of Independence, understanding the people are said to have authority not explicitly prohibited, per the Tenth Amendment. However, the courts and Senate have struck down a state initiated action against the federal government, due to conflicts with the state's own interest and existence.[12] In this, only people-led authority for a federal challenge, such as recall for contested election and nullification for removal of a tyrant, is permitted, expected and applicable.

57. Nullification of a sitting President, as it is understood herein, viable under the Constitution, is assumed to be an extension of the right to vote, existing to serve the function of removal of an official when other laws, jurisprudence and acts are inadequate to mitigate great harm and prevent severe and absolute threat to this nation, as in the contempt for the U.S. Constitution and its laws on the part of those among the Contemnors for unthinkable and unimaginable threat, feared and actual, of real, evident, exigent, seen and felt special circumstances and emergency situations. Under authoritarian rule of a despot who has shown does not wish to be subject to law, repeatedly stated does not wish to surrender his place of authority, after committing acts perceived as treason, bribery, and other high crimes and misdemeanors, at odds with the Constitution for abuse of power, makes the going concern of the United States insolvent, as those business terms are applied in this

12 Zick, Timothy, "The Consent of the Governed: Recall of United States Senators" (1999). *Faculty Publications*, Paper 817. http://scholarship.law.wm.edu/facpubs/817.

instance to the relevance of the U.S. Constitution (Article I, Sectn. 9, Clause 8; Article II, Sectn. 4, Clause 4.1).[3]

58. Extreme concern exists, as in Rule 87 for public safety, and for constitutional crisis by CLEAR AND PRESENT DANGER.  The court is therein absolved of absolute adherence to rules of law and constraints that may interfere with the ability of the court and parties to act most urgently in the interest of prevention of great harm to citizens and residents of the United States. Radical deviation from the usual application of law may be necessary to preserve life and liberty and is afforded in this instance, especially for remedy prescribed by the Declaration of Independence (Par. 2) as retained by the people, lawful and statutory via the Ninth Amendment. All orders of this judicial body are justified for relief and remedy especially herein to mitigate this great harm, already taking place under guise of public duty, regardless of any of Donald Trump's actions that may follow, the risk is absolute as when all other constitutional remedy has failed.

59. This complaint seeks a constitutional levy on the United States, for its return to democracy by a Trustee, as in John Adams' republic form of monarchy subject to limited powers to restore life and liberty when assaulted by destructive government, to which, the people have placed restriction on the office to reduce its risk.[9,13]  Customarily used for an insolvent corporation, the presence of consent powers for the alteration of destructive government, as per Declaration of Independence (Par. 2), by a temporary executive with limited authority under emergency circumstance provisions, as per higher law put forth by John Adams, infers the existence and applicability of a debtor's levy, as it applies in this instance.

60. This construct invites Levy on United States democracy, which is at peril under a despotic threat which rejects the U.S. Constitution in favor of authoritarian governance, in political theory ending the going concern and existence of the United States as by usurpation of the people's democracy.  At such point, the full faith and credit is symbolically due the people of the "former"

– 20 –

United States, to which the people seek to retain.  Whether a recall was sufficiently executed or compliant, may be immaterial under Rule 87 for imminent and catastrophic threat, as all other remedy by Article II, and 14th and 25th Amendments correction have failed.  The people have purposed to imbue the Aggrieved to act on their behalf in these matters, as Recall winner, though imperfect, yet he cannot be compelled to waive such rights by coercion or improper inducement, either (U.S. v. Riley, 72 M.J. 115), and would also be considered deprivation of rights (42 U.S.C. §§ 1983, 1985).

61. This complaint seeks the removal of a sitting President from any and all federal property of the United States.  This recall levy exists to forcibly compel the removal of Donald Trump, Contemnors, and collaborators from federal property and any hold or retention of seat, seal, office and residence and effects, including any documents and artifacts, to the degree should and can.  It is understood the persons owing the public duty are hostile to the rights sought, their removal, and public indebtedness they caused, and must be forcibly removed and made responsible.  It is highly likely that Donald Trump may try to resist arrest and expulsion from federal property, whose statements and acts have refused to both comply with law and limits on the office.

62. This complaint does not mirror certain provisions of property law in accordance with D.C. Code for eviction (42 § 3505.01).  However, the Contemnor Donald Trump and principles in his administration and cabinet, and all those who stand with him and do not serve at the pleasure of the U.S. Constitution, MUST VACATE ANY AND ALL PREMISES deemed federal property and can no longer serve a public capacity, to which the Aggrieved acts to prevent the risk of bloodshed, yet has no means outside of this complaint to stop it, whereby its possible a few serious events could cause irreversible escalation.

Inferior Law

63. Remedy without this case is not plainly evident.  Impeachment of Donald Trump's

– 21 –

presidency has no clear path being twice acquitted, Speaker of the House is cautious for conflict of interest, and the Cabinet has rejected the idea of using the Twenty-fifth Amendment. The House has no majority siding with impeachment at last count, per sources on the Hill. The Senate does not have the votes to confirm even if the House recommends impeaching Donald Trump. Colorado attempted removal of Donald Trump from ballot, which the Supreme Court dismissed as state-led.

64. Remedy without this case is not adequate. Even without the acquittals by the Senate for impeachment, rejection by the Cabinet, and revocation of Colorado's ballot correction via 14th Amendment mechanism, are not plausible for remedy as line of succession and these options are specifically at odds with this cause for correction. JD Vance is deemed culpable and complicit, Mike Johnson has a conflict of interest as in collaboration with Project 2025 aims and cannot serve as representing both it and the people in this instance, Marco Rubio is deemed to be party to ongoing illegal acts - as well as Trump's other Cabinet members, notably Elon Musk and Robert Kennedy, Jr. (aka, "RFK"). Return of the parties via a modified rescission mechanism found in such provisions is also perilous without this case. President Joseph Biden – aside from 25th Amendment health concerns - is cited in the 2014 Recall and cannot serve, along with former Presidents Barrack Obama, who also with George W. Bush has served requisite maximum two terms, and technically would leave the United States without a qualified Executive.

65. Remedy without this case is not complete. Line of succession, whether by impeachment or by a Twenty-fifth Amendment act of the Cabinet or by Congress, neither resolves the grievances of the people for the petition in Continental Congress for rollback of unconscionable power and grievous laws, nor the return of civil liberties absconded by Donald Trump's presidency and constitutes deprivation of rights under 42 U.S.C. §§ 1983, 1985.

66. This case presents a federal complaint as pertaining to the process of constitutional voting rights requiring the application of the Court or Congress to enforce, as in Baker v. Carr, 369 U.S.

– 22 –

186 (1962).  In Ancient Roman *restitutio in integrum* ("restore to original") when arbitrary

application of law leads to *summum ius, summa iniuria* ("the greatest law is the greatest injury"),

an *ultimum remedium* ("ultimate remedy"), was used for termination of a public contract when all

other avenues of protection from injustice were expended, herein referred to as "rescission".  In

consideration for a rescission-like mechanism as such, there is no clear winner of the 2016

Presidential election with both the Primary and General Election having been tampered with by

both parties (Hillary Clinton's weaseling Bernie Sanders out of the primary, and Donald Trump

colluding with Russia).[10]  The nation presently suffers a despot criminal, impeached twice,

following the 2024 election, whose contested presidency is not permitted by 14th Amendment high

crimes.  However, there exists a preceding and superseding election having majority of votes for

recall.  This differs from assumed law in that the mechanism for remedy in this instance is in

neither the electoral college or number of votes, as in the Twelfth Amendment.  The matter of

Equal Protection under the Twelfth Amendment, etc., by Article III appellate jurisdiction for the

grievance of, or remanding the states in not permitting recall to take place, are not sufficient and

fail to address the right to recall for the existence of a despotic and corrupt administration.

    67. Donald Trump shows an unwillingness to conform to constitutional authority, public duty

and the courts.  The Aggrieved asserts both a breach and betrayal by the Donald Trump

Administration and inaction on the part of his government to mitigate the restrictions and

grievances imposed on the people, exercising the constitutional right to holding government

accountable. Acts of the Aggrieved to mitigate concerns are not defined as "political rant", as that

term is understood.  The Declaration of Independence itself describes the precedent of the founding

fathers and action in law when it declares "alter or abolish" as remedy under these conditions, per

Par. 2.  As such, the Aggrieved has chosen to alter the Articles preference in favor of annulment,

being greatly adequate to make significantly whole per reserved powers, via Ninth Amendment

"Enumerations clause", so authorized by the Tenth Amendment, while forsaking other remedies.

68. A Recall is permissible as a First and Ninth Amendment right to expel by election, in this case to assemble and petition for grievances and to compel by consent authority to alter destructive government, as an extension of rights already granted.  In his letter to his nephew, Bushrod, in 1787 George Washington wrote, "The power under the [U.S.] Constitution will always be in the People.  It is entrusted for certain defined purposes, and for a certain limited period, to representatives of their own choosing; and whenever it is executed contrary to their Interest, or not agreeable to their wishes, their [Public] Servants can, and undoubtedly will be, recalled."[10]

69. The presence of consent powers for the alteration of destructive government as per higher law applies redress of grievances by an executive under such emergency conditions and threat to democracy as at present exists.  This infers the existence and applicability of a debtor's levy, where a Trustee to the U.S. Constitution is given limited powers and provisions to make the going concern of this nation solvent again for the restoration of rights afforded by the Constitution and higher law, and its return to democracy, with correction to stave off such despotism in perpetuity.  John Adams was vilified for saying that a monarchy can be established "for the protection of life and liberty".[13]  It is believed and understood removal by consent powers via constitutional levy was his intent, as the concept was not sufficiently developed before 1859.

70.  The improper and unauthorized federal government usurped from the U.S. Constitution under color of legal authority for destructive aim is not lawful.  The "Insurrection clause" of the 14th Amd., § 3 and federal law disqualifies individuals, namely Donald Trump, any Contemnors, and whomever previously swore an oath to support the Constitution but then engaged in inciting and supporting an insurrection and rebellion, and gave aid or comfort to enemies of the U.S,

---

13 Ryerson, Richard A. "Like A Hare Before The Hunters: John Adams and the Idea of a Republican Monarchy". *Massachusetts Historical Society*. Third Series, Vol. 107 (1995). Pg. 16-29

namely the Russian Federation and North Korea (5 U.S. 7311).  Donald Trump is not the rightful

President in this instance or lawfully an official of the United States under the U.S. Constitution.

71. Therein, any action of the people under higher law for removal of the usurper and traitor

Donald Trump, and for instatement of rightful authority, namely the Aggrieved, is lawful and

authorized of the U.S. Constitution per Declaration of Independence (Par. 2), via the 9th and 10th

Amendments' people's consent rights defined herein and statutory authority.  No other contest to

Donald Trump's election exists, to which this method fails without personal component for

removal of a federal official, per federal law, as it is understood (if not for one of the other methods

in law), to which the Aggrieved retains first rights on any appointment offered in lieu of recall,

regardless, holding in reserve the right to vindication under 42 U.S.C. §§ 1983, 1985, 1988 and

remedy at law.

72. Concern for tested leadership or fitness assumed as a qualification of office in the absence of

a traditional national campaign is mute.  The Aggrieved in this claim no different from that of any

other campaign for President, albeit its method differs greatly.  The Aggrieved is also a proven

leader in business no different than the premise of Donald Trump and various Cabinet members.

Risk is mitigated by constraints for limited purview and powers, as requested for herein.  Risk is

mitigated by existing constraint on the office under other remedies preexisting.

## REQUEST FOR ACTION

WHEREFORE, having no other adequate or complete remedy at law or means, the Aggrieved

respectfully requests that the court, under contempt authority and other powers vested in it, acts

with all haste, as time is of the essence, for the following:

73. Exercise purview over Aggrieved's grievance and affirm granting Aggrieved favor for

function over form and where errors and inconsistencies would otherwise render an unfavorable

decision as under Rule 11 sanction, without consenting to that which is expressly or impliedly

– 25 –

forbidden by statute, and, it is requested, if possible, while although remedy may be substituted per federal law, all other remedy is herein contested in defense of the Constitution, so demonstrated;

74. Affirm the recall of the 2016, 2020 and 2024 Presidential Election results, pursuant to MARKS v. STINSON, 19 F.3d 873 (1994) and the 14th Amendment, as they apply to decertifying a fraudulent winner, in this case Donald Trump to any term, and affirming certification of a superseding winner, in this case Stephen L. Rush, in favor of fashioning a more reasonable and just remedy as sought herein from a President who has betrayed this nation, U.S. Constitution, and his oath of office and so affirm nullification of Donald Trump's presidency, as may be understood, and his place be stricken from record, his candidacy and office be removed from any future consideration;

75. Affirm the nullification of Donald Trump's presidency unto his removal, with absolute disregard for line of succession, in lieu of other mechanisms for failure and inability of the parties to preserve democracy, and, censure the White House Administration and the whole of government for failing to mitigate, pursuant to Declaration of Independence and Tenth Amendment reserved Fourth Branch powers of the people to alter destructive and unjust government, inclusive, via Ninth Amendment, and transmit to the President pro tempore of the Senate and Speaker by the House Judiciary Committee written declaration that Donald Trump is unable to serve office, to be evicted from the Whitehouse and issue warrant and arrest for the same, or, compel he and his immediate personal effects be removed from the United States and not be permitted reentry, for crimes, cause and concern against the United States, its people and their Constitution;

76. Affirm the Nullification herein, its recall and levy, in favor of transfer of public duty and charge of office to the Aggrieved so that in this the people may provide for their future tranquility, declaring applicable, valid, and enforceable to the degree affordable and attainable, and regardless, mandate that its winner, Stephen L. Rush, be instated and installed, appointed if necessary,

immediately to the office of President, granting the authority as Trustee to the U.S. Constitution as Defender, to repair and restore to the Constitution as necessary and mindful, per the Continental Congress mandates and all the people, to remove all known threats to democracy with correction for such grievances and harm, therein guided by equity in law when no grievance exists, his public duty, with authority to nullify any act, action or appointment on the part of Contemnors and collaborators for corrupt and egregious aims, as when presented to Congress;

77. Affirm Stephen L. Rush as President as elected or appointed via nullification as in higher law for an interim not to exceed the remaining term without an election, except as by an act of Congress not to exceed 2 year intervals, at most one term being added, being inducted as the now rightful and lawful President with haste, whose power upon affirmation shall be limited in the scope and attenuation to attend grievances of the people, yet as in equity as pertaining unto all matters, for the rebuilding the hopes and dreams of all the people, the restoration of all things back to the Constitution of the United States for democracy's sake, and, hereto declare restore to Stephen L. Rush, in all that was lost in service and defense of the U.S. Constitution these several years, as the law may afford, and make whole, as to be determined by Whitehouse budget office;

78. Order most expeditiously: a.) removal and expulsion of Donald Trump, inclusive of issuing warrant and ordering immediate arrest, from any and every seat, seal, office, and residence of the President, striking his name and place from having ever been, restricting from ever being in the future, an executive or official of the United States, ordering U.S. Marshalls by writ of the court and schedule accordingly thereafter with all haste, placing any Contemnors or colluders under arrest that resist, and remanding them to the courts for immanent trial by the parties concerned (though not enough information at present to satisfy Rule 40.5(b)), permitting to choose extradition to a country of their choice with only their land vehicles and clothes, without re-entry to the U.S.;

79. b.) induct Stephen L. Rush as President and Defender (Trustee) to the U.S. Constitution

immediately to oversee the several branches as per constitutional order, as in constitutional levy, defined as when government becomes destructive a Defender acts as trustee to the U.S. Constitution for limited powers, being granted only the authority to remove grievances of the people and/or establish equitable acts in a manner consistent as to mitigate future risk, in perpetuity, per higher law and of the people, settling grievances of the 2012 Continental Congress for broad overreach, by presenting its subsequent amendments for these aims and reverse ratification from people's assembly to Congress, as it is understood, for a time set, not to exceed 78 weeks without approval of Congress, and occupying the office of President thereafter; and,

80. c.) stipulate Congress to condemn and expel all collaborators, harborers and instigators, wherever they may be found of the several branches, except to the degree restriction of time and necessity may act on commitments to serve at the pleasure of the U.S. Constitution as their public duty, and expunge from the record and law all illegal acts and egregious laws upon notice from the Whitehouse therein, wherein the Defender of the U.S. Constitution lists all acts, orders and laws made since January 20, 2017 to be considered for retention, reconsideration, or rescission;

81. Transmit to the President pro tempore of the Senate and Speaker of the House of Representatives written declaration of the same pursuant to the Declaration of Independence via Ninth Amendment; remand the Whitehouse administration, the Supreme Court and Congress for failing to mitigate, and issue restrictions on the United States to have engaged illegal manipulation of elections; affirm the Recall, declaring it applicable, valid and enforceable to the degree it can and mandate that its winner for the office of President, the Aggrieved, be instated immediately;

82. Recommend that Congress hold hearings on all Contemnors, and others as Congress may discover, indictable on all counts specified, and recommending the Courts try with compensatory and treble damages, losses, and illegal financial gains awarded to as many harmed individuals, with added statutory and punitive damages, as the law may afford.

83. Recommend that Congress conduct hearings on all Contemnors, and others as Congress may discover, indictable on all counts specified, and try with damages, losses, and illegal gains awarded to all those harmed; awarding any costs and fees to the Aggrieved', including any compensatory interests for losses and hardship endured or imposed, pursuant to 28 U.S.C. § 2412;

84. Relief so ordered shall hold JD VANCE, a.k.a. JAMES DAVID VANCE, in his official capacity as Vice President and President of the Senate of the United States; MIKE JOHNSON, in his official capacity as Speaker of the House of Representatives of the United States; MARCO RUBIO, in his official capacity as Secretary of State of the United States; MITCH MCCONNELL, in his official capacity as Senate Majority Leader of the United States; JOHN ROBERTS, in his official capacity as Chief Justice of the Supreme Court of the United States; CLARENCE THOMAS, in his official capacity as an Associate Justice of the Supreme Court of the United States; ALL HEADS OF STATE, UNITED STATES CIVIL SERVANTS, THEIR SUCCESSORS and STAFF UNKNOWN, as JOE PUBLICS, JACKIE JOES, JOHN DOES and JANE ROES UNKNOWN, as the case may be, et al, inclusive, and ALL OTHER THIRD PARTIES UNKNOWN responsible and without immunity for their part, in accordance with law;

85. Grant any other relief and further action as the court deems fit, just and proper, consistent with applicable law and spirit of such request.

DATED: April 28, 2025

STEPHEN L. RUSH
In Pro Per